FILED

03/11/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0642

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0642

STATE OF MONTANA,

Plaintiff and Appellee,

v.

JENNIFER RENEE SKAW,

Defendant and Appellant.

## GRANT

Pursuant to authority granted under Mont. R. App. P. 26(1), the Appellant is given an extension of time until April 11, 2022, to prepare, file, and serve the Appellant's opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 11 2022